# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLOBAL EXPERIENCE SPECIALISTS, INC.,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JAMES CROCKETT, DISTRICT JUDGE,

Respondents,

and

CHONA AGTUAL; AND RONALD AGTUAL,

Real Parties in Interest.

No. 74548

**FILED**

JUL 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S.Young___
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Pursuant to the joint motion of petitioners and real parties in interest, and cause appearing, this petition for a writ of mandamus is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. James Crockett, District Judge
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Bertoldo Baker Carter & Smith
Marquis Aurbach Coffing
Eighth District Court Clerk